## CROWN OIL COMPANY ET AL. v. WARD ET AL.

[No. 4,744. Filed October 14, 1904. Rehearing denied January 4, 1905.]

From Grant Superior Court; *Hiram Brownlee*, Judge.

Action by William M. Ward and wife against the Crown Oil Company and others. From a decree for plaintiffs, defendants appeal. *Reversed.*

*R. W. McBride, C. S. Denny* and *G. L. Denny*, for appellants. ·
*R. T. St. John* and *W. H. Charles*, for appellees.

HENLEY, J.—The questions involved in this appeal are the same in all respects as those decided by the Supreme Court in *Consumers Gas Trust Co.* v. *Littler* (1904), 162 Ind. 320, and *Consumers Gas Trust Co.* v. *Crystal Window Glass Co.* (1904), 163 Ind. 190, and upon the authority of these cases the judgment is reversed, with direction to the trial court to sustain appellants' demurrers to the complaint.